| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America v. HASSAN AL GHARAWI | Houston Division |
| | Criminal No. 4:20-CR-584 |
| | **UNITED STATES EXHIBIT LIST** |
| The exhibit list of the United States of America is filed in reliance on Local Criminal Rule 55.2 for authenticity of exhibits and the procedure for objecting thereto | AUSAs: Steven Schammel & Heather Winter |

| Judge: Andrew Hanen | Case Manager: Rhonda Hawkins | Reporter: |
|---|---|---|

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 1. | Photo, Storage Unit, 1728 Crabb River Road, Richmond, TX #A230 | | | X | 9/29/2025 |
| 2. | Cellebrite report, Al Gharawi Samsung Galaxy Note 10+ | | | X | 9/29/2025 |
| 3. | Cellebrite report, Al Gharawi Apple iPhone 7 Plus | | | X | 9/29/2025 |
| 4. | | | | | |
| 5. | Surveillance video, 8002 Saragosa Blue | | | X | 9/29/2025 |
| 6. | Surveillance photo, 8002 Saragosa Blue | | | X | 9/29/2025 |
| 7. | Screenshot, text exchange between Al Gharawi and Ali (281-216-0121), May 28, 2021 | | | X | 9/29/2025 |
| 8. | Surveillance photo at storage, May 28, 2021 | | | X | 9/29/2025 |
| 9. | Surveillance photo at storage, May 28, 2021 | | | X | 9/29/2025 |
| 10. | Surveillance photo at storage, May 28, 2021 | | | X | 9/29/2025 |
| 11. | Photo, Al Gharawi loading car, June 10, 2021 | | | X | 9/29/2025 |
| 12. | Photo, Al Gharawi loading car, June 10, 2021 | | | X | 9/29/2025 |
| 13. | Photo, Al Gharawi loading car, June 10, 2021 | | | X | 9/29/2025 |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 14. | Photo, storage, June 10, 2021 | | | X | 9/29/2025 |
| 15. | Photo, storage, June 10, 2021 (2) | | | X | 9/29/2025 |
| 16. | Surveillance video, June 10, 2021 | | | X | 9/29/2025 |
| 17. | Surveillance video, June 10, 2021 (2) | | | X | 9/29/2025 |
| 18. | Search Photo, Storage Unit, Interior #230 | | | X | 9/29/2025 |
| 19. | Search Photo, Storage Unit, Interior lock | | | X | 9/29/2025 |
| 20. | Search Photo, Storage Unit, Inside unit | | | X | 9/29/2025 |
| 21. | Search Photo, Storage Unit, Inside unit (2) | | | X | 9/29/2025 |
| 22. | Search Photo, Storage Unit, Inside oil can | | | X | 9/29/2025 |
| 23. | Search Photo, Storage Unit, Inside boxes and cooler | | | X | 9/29/2025 |
| 24. | Search Photo, Storage Unit, oil can | | | X | 9/29/2025 |
| 25. | Search Photo, Storage Unit, Inside oil can (2) | | | X | 9/29/2025 |
| 26. | Search Photo, Storage Unit, Brown Glock | | | X | 9/29/2025 |
| 27. | Search Photo, Storage Unit, Orange Sig Sauer P 320 | | | X | 9/29/2025 |
| 28. | Search Photo, Storage Unit, Wooden handle Sig Sauer | | | X | 9/29/2025 |
| 29. | Search Photo, Storage Unit, Blue Camo Ruger LCP II | | | X | 9/29/2025 |
| 30. | Search Photo, Storage Unit, American flag Glock | | | X | 9/29/2025 |
| 31. | Search Photo, Storage Unit, Silver Sig Sauer X Six | | | X | 9/29/2025 |
| 32. | Search Photo, Storage Unit, Sapphire Special Edition Kimber 9mm | | | X | 9/29/2025 |
| 33. | Search Photo, Storage Unit, Sapphire Special Edition Kimber 9mm, Solo Sapphire | | | X | 9/29/2025 |

2

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 34. | Search Photo, Storage Unit, Sapphire Special Edition Kimber 9mm, serial number | | | X | 9/29/2025 |
| 35. | Search Photo, Storage Unit, Black grip North American .22 Magnum Revolver | | | X | 9/29/2025 |
| 36. | Search Photo, Storage Unit, Black Research Desert Eagle Magnum | | | X | 9/29/2025 |
| 37. | Search Photo, Storage Unit, Black Ruger 57 | | | X | 9/29/2025 |
| 38. | Search Photo, Storage Unit, Black Kimber Custom Shop | | | X | 9/29/2025 |
| 39. | Search Photo, Storage Unit, Green Kel-Tec PMR-30 | | | X | 9/29/2025 |
| 40. | Search Photo, Storage Unit, Oil can firearms | | | X | 9/29/2025 |
| 41. | Search Photo, Storage Unit, Blue Def, Diesel Exhaust Fluid box | | | X | 9/29/2025 |
| 42. | Search Photo, Storage Unit, Blue Def, Diesel Exhaust Fluid box, magazines | | | X | 9/29/2025 |
| 43. | Search Photo, Storage Unit, Red Milwaukee Drill box | | | X | 9/29/2025 |
| 44. | Search Photo, Storage Unit, Red Milwaukee Drill box, wrapped firearms | | | X | 9/29/2025 |
| 45. | Search Photo, Storage Unit, Black Smith & Wesson M&P .22 caliber | | | X | 9/29/2025 |
| 46. | Search Photo, Storage Unit, Black STI Spartan | | | X | 9/29/2025 |
| 47. | Search Photo, Storage Unit, Black Glock 17 9mm pistol | | | X | 9/29/2025 |
| 48. | Search Photo, Storage Unit, Green Kel-Tec PMR .22 | | | X | 9/29/2025 |
| 49. | Search Photo, Storage Unit, Black H&K P 30 SK | | | X | 9/29/2025 |
| 50. | Search Photo, Storage Unit, Black grip Taurus Armas revolver | | | X | 9/29/2025 |
| 51. | Search Photo, Storage Unit, Wood | | | X | 9/29/2025 |

3

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
|  | grip Taurus Armas revolver |  |  | X | 9/29/2025 |
| 51. | Search Photo, Storage Unit, Wood grip Browning Arms .22 pistol |  |  | X | 9/29/2025 |
| 52. | Search Photo, Storage Unit, Brown Para Hi-Cap pistol |  |  | X | 9/29/2025 |
| 53. | Search Photo, Storage Unit, Red Milwaukee Drill box, firearms |  |  | X | 9/29/2025 |
| 54. | Search Photo, Storage Unit, Blue Makita cooler |  |  | X | 9/29/2025 |
| 55. | Search Photo, Storage Unit, Blue Makita cooler, inside |  |  | X | 9/29/2025 |
| 56. | Search Photo, Storage Unit, Blue Makita cooler, unpacked |  |  | X | 9/29/2025 |
| 57. | Search Photo, Storage Unit, Brown Sig Sauer 1911 |  |  | X | 9/29/2025 |
| 58. | Search Photo, Storage Unit, Black M&P with silver magwell |  |  | X | 9/29/2025 |
| 59. | Search Photo, Storage Unit, Green Kel-Tec PMR 22 |  |  | X | 9/29/2025 |
| 60. | Search Photo, Storage Unit, Brown FN 509 |  |  | X | 9/29/2025 |
| 61. | Search Photo, Storage Unit, Black M&P .22 caliber with tag |  |  | X | 9/29/2025 |
| 62. | Search Photo, Storage Unit, Blue Makita cooler, firearms |  |  | X | 9/29/2025 |
| 63. | Search Photo, Storage Unit, Okka coffee machine box |  |  | X | 9/29/2025 |
| 64. | Search Photo, Storage Unit, Okka coffee machine box, inside |  |  | X | 9/29/2025 |
| 65. | Search Photo, Storage Unit, Okka coffee machine box, magazines, wrapped firearms |  |  | X | 9/29/2025 |
| 66. | Search Photo, Storage Unit, Black and Silver PMR 30 |  |  | X | 9/29/2025 |
| 67. | Search Photo, Storage Unit, Black Equinox Sig Sauer with tag #72 |  |  | X | 9/29/2025 |
| 68. | Search Photo, Storage Unit, Brown Sig Sauer |  |  | X | 9/29/2025 |

4

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 69. | Search Photo, Storage Unit, Black Thunderstruck .22 | | | X | 9/29/2025 |
| 70. | Search Photo, Storage Unit, Wood grip American Tactical .22 pistol | | | X | 9/29/2025 |
| 71. | Search Photo, Storage Unit, Okka coffee machine box, firearms | | | X | 9/29/2025 |
| 72. | Stipulation with August 24, 2021, BIS License Determination | | | X | 9/29/2025 |
| 73. | April 14, 2020, Image_1059, 8002 Saragosa Blue, Rami Mattar | | | X | 9/29/2025 |
| 74. | April 18, 2020, Image_1342, 8002 Saragosa Blue, Rami Mattar | | | X | 9/29/2025 |
| 75. | April 23, 2020, Image_1508, 8002 Saragosa Blue, Rami Mattar | | | X | 9/29/2025 |
| 76. | April 27, 2021, Saragosa Blue Kia | | | X | 9/29/2025 |
| 77. | April 29, 2021, Photo, Kia Soul front license plate | | | X | 9/30/2025 |
| 78. | April 29, 2021, Photo, Kia Soul, side shot | | | X | 9/30/2025 |
| 79. | Photo, March 2020 Shipment, Maersk container, Spark Surplus | | | X | 9/30/2025 |
| 80. | Photo, March 2020 Shipment, Maersk container with number | | | X | 9/30/2025 |
| 81. | Photo, March 2020 Shipment, cardboard box in white Ram | | | X | 9/30/2025 |
| 82. | Photo, March 2020 Shipment, wrapped guns under auto parts | | | X | 9/30/2025 |
| 83. | Photo, March 2020 Shipment, wrapped and unwrapped guns within USPS boxes | | | X | 9/30/2025 |
| 84. | Photo, March 2020 Shipment, all firearms | | | X | 9/30/2025 |
| 85. | Photo, March 2020 Shipment, Safmarine container | | | X | 9/30/2025 |
| 86. | Portions of Recordings and Verbatim Transcripts, 4/29/2021, 5/28/2021 between Hassan Al Gharawi and Alborageef | | | X | 10/1/2025 |
| 87. | | | | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.                                                    4:20-CR-584-S1

HASSAN AL GHARAWI

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ANDREW S.
HANEN:

## DEFENSE EXHIBITS

| Defense Exhibit No. | Exhibit Description | Date Admitted |
|---|---|---|
| 1 | Maersk Waybill – Aladdin Shipping | 9/29/2025 |
| 2 | Screenshot with photos dated March 14 and 15, 2021 | 9/29/2025 |
| 3 | Screenshot with photos dated March 11 and 12, 2021 | 9/29/2025 |
| 4 | Screenshot from Facebook Messenger messages with Nasser Dawood al Ogaidi. | |
| | Note: Exhibit 4 will be replaced with an unmarked copy. | |